# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 12, 2010

No. 10-30026
Summary Calendar

Lyle W. Cayce
Clerk

WANDA M. BELLOW,

Plaintiff–Appellant

v.

MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

Defendant–Appellee

Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 6:06-CV-920

Before WIENER, PRADO, and OWEN, Circuit Judges.

PER CURIAM:[*]

Wanda M. Bellow appeals the Commissioner of Social Security's denial of her application for a period of disability and disability insurance benefits. On review, "we consider only whether the Commissioner applied the proper legal standards and whether substantial evidence in the record supports the decision to deny benefits." *Audler v. Astrue*, 501 F.3d 446, 447 (5th Cir. 2007); *see* 42 U.S.C. § 405(g). As Magistrate Judge Kathleen Kay's thorough Supplemental

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 10-30026

Report and Recommendation explained, *see Bellow v. Astrue*, No. 2:06-cv-920, slip op. (W.D. La. Sept. 30, 2009), the Administrative Law Judge ("ALJ") applied the proper legal standards, and the documentation provided by Bellow in support of her contention that she suffered from depression did not make necessary a consultative psychological or psychiatric examination in order to fully develop the record.   There is substantial evidence to support the Commissioner's conclusion that Bellow is not disabled.

AFFIRMED.